GEORGE E. WHITEMAN, Respondent, *v.* WESLEY R. GUILE, Appellant.

*Whiteman* v. *Guile*, 159 App. Div. 937, affirmed.
(Argued March 8, 1916; decided March 24, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 15, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a promissory note. The answer admits the delivery and making of the note and alleges as a defense that the plaintiff obtained the note from the defendant by "duress exercised by plaintiff over the defendant in threatening to prosecute and in the prosecution of the defendant's son, Orton Guile, for an alleged criminal offense of rape in the second degree upon plaintiff's infant daughter, Ruth Whiteman * * * in consequence of which and in fear and apprehension thereof the defendant executed

and delivered the said instrument to plaintiff and not otherwise."

*James O. Sebring* and *William S. McGreevy* for appellant.

*H. V. Pratt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.